```
                                    FILED
                                 08 JUL 29 AM 11:54
                              CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                                          BY:          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury      '08 CR 2510   BEN

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>           Plaintiff,            )<br>                                   )<br>      v.                           )<br>                                   )<br> ANTONIO FRANCISCO                  )<br>      MORENO-GUTIERREZ (1),        )<br> URIEL PARDO-MOLINA (2),            )<br> SALVADOR CABANAS-GOMEZ (3),        )<br> MARCO ANTONIO                      )<br>      PAREDES-VALENZUELA (4),      )<br>                                   )<br>           Defendants.             ) | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Illegal Aliens for<br>Financial Gain; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The grand jury charges:

Count 1

On or about July 8, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA and SALVADOR CABANAS-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ivan Cervantes-Lavariega, aka Ivan Cervantes-Cervantes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

MIP:nlv:San Diego
7/29/08

## Count 2

On or about July 9, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA and SALVADOR CABANAS-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ivan Cervantes-Lavariega, aka Ivan Cervantes-Cervantes, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 3

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Filemon Jimenez-Nava, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 4

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the

United States, knowing and in reckless disregard of the fact that an alien, namely, Filemon Jimenez-Nava, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 5

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gabriella Arreola-Gabriel, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 6

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gabriella Arreola-Gabriel, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such

//

violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 7

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Tomas Vargas-Fabian, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 8

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Tomas Vargas-Fabian, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//
//
//

Count 9

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gualterio Cruz-Fabian, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 10

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gualterio Cruz-Fabian, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 11

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the

United States, knowing and in reckless disregard of the fact that an alien, namely, Perla Correra-Renteria, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 12

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Perla Correra-Renteria, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: July 29, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MICHELLE M. PETTIT
Assistant U.S. Attorney