# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Antonio Francisco ) <br> Moreno-Gutierrez, et al ) <br> Defendant(s) ) | CRIMINAL NO. 08CR2510-BEN <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 10281298 |

On order of the United States District/**Magistrate Judge**, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

**Tomas Vargas-Fabian**

DATED: 8-12-08

RECEIVED _____ 
DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by /s/ Hernandez
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082