✱ Corrected ✱

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff )<br>                              )<br>          vs. )<br> Antonio Francisco )<br> Moreno-Gutierrez, et al. )<br>          Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR2510-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 10281298 |

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) Case Disposed / Order of Court).

Tomas Vargas-Fabian

DATED: 8-13-08

✱ Previous abstract issued 8/12/08 indicated release per "Order of Court"

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
           DUSM

W. SAMUEL HAMRICK, JR.   Clerk
              by  /s/ Hernandez
                 Deputy Clerk