UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08cr2510-BEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 08mj2130 |
| | ) | ORDER |
| vs. | ) ) | RELEASING MATERIAL WITNESS |
| Antonio Francisco Moreno-Gutierrez et al. | ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following-named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gualterio Cruz-Fabian

DATED: 8/15/08

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk

J. PARIS

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082